UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **Shirley J. Smith**, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | Civil Action No.: 2:09-cv-01014 |
| ) | |
| **North American Asset Services, LLC,** et al., ) | |
| ) | |
| *Defendants.* ) | |

## NOTICE OF VOLUNTARY DISMISSAL

**COMES NOW** Plaintiff, by and through the undersigned counsel, and respectfully notifies this Honorable Court that Plaintiff is hereby dismissing, with prejudice, her claims against Defendants with each respective party bearing its own attorney's fees, costs and expenses.

**RESPECTFULLY SUBMITTED** this the 15th day of October, 2010.

/s/ Anthony B. Bush
Anthony Brian Bush (BUS028)
*Attorney for Plaintiff*
**LEWIS, BUSH & FAULK, LLC**
The Bailey Building, Second Floor
P.O. Box 5059 (36103)
400 South Union Street, Suite 230
Montgomery, Alabama 36104
(334) 263-7733       Phone
(334) 832-4390       Facsimile
anthonybbush@yahoo.com
ASB: ASB-7306-A54B

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and accurate copy of the foregoing document via either United States Postal Mail, properly addressed and postage prepaid, this Court's CM/ECF

Electronic Filing System, or United States Postal Mail this the 15th day of October, 2010, on the following:

Mark J. Bourassa, Esq.
The Bourassa Law Group, LLC
3025 W. Sahara Ave. Ste. 105
Las Vegas NV 89102
Phone - (702) 851-2180
Fax - (702) 851-2189
Attorney for Defendants

                                                **/s/ Anthony B. Bush**
                                                Of Counsel